# In the United States Court of Federal Claims

(Filed: August 29, 2018)

```
*****************************************
                                        *
EDWARD THOMAS KENNEDY,                   *
                                        *
                 Plaintiff,              *
                                        *
v.                                       *
                                        *
THE UNITED STATES,                       *
                                        *
                 Defendant.              *
                                        *
*****************************************
```

## ORDER

On July 27, 2018, this Court enjoined *pro se* Plaintiff Edward Kennedy from filing any "further complaints from this party" without first obtaining leave to do so.  See Kennedy v. United States, No. 18-942C, Dkt. No. 6.  On August 7, 2018, the Clerk's Office received two separate, unrelated complaints from Mr. Kennedy along with cover sheets and applications to proceed *in forma pauperis*.

Upon consideration of Mr. Kennedy's documents, the Court rejects his complaints and directs the Clerk to return the complaints as unfiled.  Additionally, the Clerk's Office is directed to file no further complaints from Mr. Kennedy absent leave from the Court.

IT IS SO ORDERED.

THOMAS C. WHEELER
Acting Chief Judge

7018 0040 0001 1393 3055